UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>CELSO LOPEZ-ROJO and<br>ALVARO ANDRES GARCIA,<br><br>         Defendants. | CR  2:22-cr-00473-JFW<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(ii): Distribution of Cocaine] |
|---|---|

FILED
CLERK, U.S. DISTRICT COURT
10/12/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about September 15, 2022, in Los Angeles County, within the Central District of California, defendants CELSO LOPEZ-ROJO and ALVARO ANDRES GARCIA, each aiding and abetting the other, knowingly and intentionally distributed at least five kilograms, that is, approximately 50.08 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

SENTENCING ALLEGATION

[21 U.S.C. § 851]

[DEFENDANT LOPEZ-ROJO]

Defendant CELSO LOPEZ-ROJO, prior to committing the offense alleged in this Indictment, had been finally convicted of a serious drug felony as that term is defined and used in Title 21, United States Code, Sections 802(57), 841, and 851, namely, Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846, in the United States District Court for the Western District of Washington, case number 2:07-cr-00028-RSL-2, on or about September 14, 2007, for which defendant LOPEZ-ROJO served a term of imprisonment of more than 12 months.  Defendant LOPEZ-ROJO was released from a term of imprisonment for that offense within 15 years of the commencement of the offense alleged in this Indictment.

A TRUE BILL

/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

*Christina Shy for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

MORGAN J. COHEN
Assistant United States Attorney
General Crimes Section